IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YASMANI C. N., § <br> § <br> Petitioner, § <br> § <br> V. § <br> § <br> U.S. IMMIGRATION AND CUSTOMS § <br> ENFORCEMENT, § <br> § <br> Respondent. § | No. 3:25-cv-3443-X-BN |

**NOTICE OF DEFICIENCY AND ORDER**

Petitioner, detained at Prairieland Detention Center in this district at the time of filing, filed a *pro se* 28 U.S.C. § 2241 habeas petition. *See* Dkt. No. 3. The case was referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference from United States District Judge Brantley Starr.

Petitioner has neither paid the filing fee nor moved for leave to proceed *in forma pauperis*.

**The following deficiencies are therefore present:**

( )   Signature of the attorney of record or each party proceeding pro se is required on each pleading, motion or other paper filed by that party. (*See* Federal Rule of Civil Procedure 11).

Petitioner(s) must submit a new and properly signed: ( ) petition; ( ) request to proceed *in forma pauperis*.

(**X**)   A filing fee has not been paid nor has a request to proceed *in forma*

*pauperis* been submitted.

( )   The submitted request to proceed *in forma pauperis* provides insufficient information to determine whether in forma pauperis status is appropriate. **Certificate of inmate trust account required.**

( )   Habeas corpus pleadings are not filed on the appropriate form.

**The Clerk of the Court shall take the following indicated action:**

**(X)**   A true copy of this order shall be mailed to each Petitioner or Petitioner's attorney of record. No further process shall issue except upon further order of the Court.

**(X)**   A form application to proceed *in forma pauperis* – prisoner shall be mailed to Petitioner.

( )   Form AO 242 for Section 2241 habeas corpus relief available at https://www.uscourts.gov/sites/default/files/AO_242_0.pdf shall be mailed to Petitioner.

It is hereby ORDERED that Petitioner must cure each deficiency by **January 20, 2026**. Failure to comply with this order will result in a recommendation that the petition be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

DATED: December 18, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE