IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YASMANI C. N., § | |
| § | |
| *Petitioner*, § | |
| § | No. 3:25-CV-3443-X |
| v. § | |
| § | |
| U.S. IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT, § | |
| § | |
| *Respondent*. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 2nd day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1